IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES

v.

Rodney Miller

FILED
HARRISBURG, PA
MAY 26 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Case No. 1:99-MH-063

(Judge Kane)

MOTION TO RETURN PROPERTY, F.R.C.P., RULE 41(g)

Now comes the defendant this 19th day of May 2005 and does request of the court for the release of the defendant's property/evidence in the above captioned case to a designated party lawfully allowed to receive.

An inventory list of the seized property has never been presented to this defendant and thus he requests the same. The seized property/evidence in this case should include various firearms/ammunition, optics, magazines, accessories etcetra.

Therefore the petitioner hereby requests of the court to order the release of defendant's property to one Donnie Lynn Myers of 5325 Carlisle Pike, New Oxford, Pa. 17350, 717-624-3741.

Respectfully Submitted,

*[signature]*

Rodney Miller, 10059-067
United States Penitentiary
P.O. Box 2099
Pollock, LA 71467

# CERTIFICATE OF SERVICE

I hereby swear under the penalty of perjury to mailing by first class mail the forgoing motion to one Mr James Clancy, A.U.S.A. at the address of Harrisburg Federal Building, Suite 220, 228 Walnut St., P.O. Box 11754, Harrisburg, Pa. 17108-1754. This on The 19th day of May 2005.

*[signature]*

Rodney Miller, 10059-067
United Penitentiary of States
P.O. Box 2099
Pollock, LA 71467

cc: R. Mark Thomas, attorney
    Donnie L. Myers

May 19, 2005

Clerk, U.S. District Court
228 Walnut St. P.O. Box
Harrisburg, Pa. 17108

Dear Clerk,

Enclosed please find a motion for return of property as well as three copies of the same. Please docket this motion with the court and kindly return a time-date stamped copy to me at the address below.

Respectfully,

[signature]

Rodney Miller, 10059-067
United Penitentiary of States
P.O. Box 2099
Pollock, LA 71467

Rodney Miller, 10054-067, A-2
United Penitentiary of States
P.O. Box 2099
Pollock, LA 71467



Attn: Clerk, U.S. District Court
228 Walnut St.
P.O. Box 983
H-burg, Pa. 17108

LEGAL MAIL

17108+0983-83  B011