IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JUN 06 2005

MARY E. D'ANDREA, CLERK
Per _____

UNITED STATES

V.

Rodney Miller,
        defendant

Case No. 1:99-MH-063

(Judge Kane)


MOTION FOR EXTENSION OF TIME

Now comes the defendant this 31st day of
May, 2005 and does request of the court for an extension
of time in which to file his brief in support of Motion
for return of evidence dated May 19, 2005. This due
to unavailability of legal resources because of lock down
status at the prison the defendant is incarcerated at.

Respectfully Submitted,

_____, pro se
Rodney Miller, 10059-067
UPS Pollock
P.O. Box 2099
Pollock, LA 71467





Rodney Miller, C0057-067
U.S.P Pollock
P.O. Box 2099
Pollock, LA 21967

LEGAL MAIL

Attn : Clerk

U.S. District Court
228 Walnut st.
P.O. Box 983

Harrisburg, Pa 17108