IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **CASE NO. 1:CR-00-106** |
| v. | : | **(Judge Kane)** |
| | : | |
| **RODNEY MILLER** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW**, this 7TH day of June, 2005, **IT IS ORDERED THAT** Defendant's Motion for Extension of Time (Doc. No. 45), is **GRANTED.** Defendant's Brief in Support of his Motion for Return of Evidence shall be due on or before June 24, 2005.

                                                  S/ Yvette Kane
                                                  Yvette Kane
                                                  United States District Judge