IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | CASE NO. 1:CR-00-106 |
| v. | : | |
| | : | (Judge Kane) |
| | : | |
| **RODNEY JAY MILLER,** | : | |
| **Defendant** | : | |

## ORDER TO SHOW CAUSE

Before the Court is Defendant's motion to return property pursuant to Federal Rule of Criminal Procedure 41(g). (Doc. No. 44.) On June 7, 2005, this Court granted Defendant's motion for an extension of time to file a brief in support of the motion, ordering him to file the brief by June 24, 2005. To date, no brief or other filing has been received. Therefore, **IT IS ORDERED THAT** Defendant shall show cause, within ten (10) days of the date of this order, why the motion should not be deemed withdrawn.

 S/ Yvette Kane
Yvette Kane
United States District Judge

Date: July 14, 2005