ORIGINAL

July 5, 2005

Clerk, U.S. District Court
228 Walnut st.
P.O. Box 983
Harrisburg, Pa. 17108

Dear Clerk,

Please send copy, time date stamped, of the motion I filed, mailed the 19th day of May 2005.

This was the Motion to Return Property, F.R.C.P. Rule 41(g) in the case U.S.A. V. Rodney Miller, Case No 1:99-MH-063 and Case No. 1 CR-00-106. ✓

Thank you,

[signature]

Rodney Miller, 10059-067
UPS Pollock
P.O. Box 2099
Pollock, LA 71467

FILED
HARRISBURG, PA

JUL 18 2005

MARY E. D'ANDREA, CLERK
Per [initials]
Deputy Clerk

PS: Also please include a copy of the Court docket in this case

Rodney Miller, 10059-067
USP Pollock
P.O. Box 2099
Pollock, LA 71467

LEGAL MAIL

Clerk U.S. District Court
228 Walnut st.
P.O. Box 983
Harrisburg, Pa 17108

17108-0983