IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

USA

v

MILLER

Magistrate judge case No. 1:99-mh-00073

Criminal Case No.: 1:00-cr-00106

(judge Kane)

## MOTION TO SHOW CAUSE

Now comes the defendant this 22nd day of July, 2005 and does respond to order of July 14, 2005, requiring defendant to show cause why the "44 Motion for Return of Property/Post Trial" OR Rule 41(3), return of evidence/property should not be deemed withdrawn.

The defendant continues to proceed pro se and without the assistance of legal counsel.

The defendant's due process rights have been violated per untimely notification of rulings.

The defendant never received copy of order to show cause, but became aware of it by obtaining the docket sheet which was mailed 7-18-05 and received at the prison July 21, received by inmate July 22. (see copy of mailing envelope attached)

In addition the defendant was never notified of the order for extension of time to file brief in support of his motion for Return of Evidence, dated June 7, 2005 until July 5, 2005. (see copy of mailing envelope attached) This is eleven days after the deadline and in fact notice of order was mailed four days after the deadline!!

The defendant requests of this court to make a decision based on the defendant's motion of May 27, 2005 or basis in law in of itself, as it asks that the law be administered on its merits.

(2)

That is the defendant asks his property, all of it be given to a party lawfully allowed to receive, as to be designated by the defendant. As originally requested in his motion.

Respectfully Submitted,

without prejudice, *[signature]*

Rodney Miller, 10059-067

for RODNEY MILLER, ens legis

UPS Pollock
P.O. Box 2099
Pollock, LA 71467

(3)

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

RECEIVED
USP POLLOCK
MAILROOM
2005 JUL 21 PM 12:15

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

SHU

231

7146742098-99 5050

July 22, 2005

Clerk,

Please send time/date stamped copy.

Thank you

