IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | CASE NO. 1:CR-00-106 |
| v. | : | |
| | : | (Judge Kane) |
| | : | |
| **RODNEY JAY MILLER,** | : | |
| **Defendant** | : | |

### ORDER

     Before the Court is Defendant's motion to return property pursuant to Federal Rule of Criminal Procedure 41(g). (Doc. No. 44.) On June 7, 2005, this Court granted Defendant's motion for an extension of time to file a brief in support of the motion, ordering him to file the brief by June 24, 2005. To date, Defendant has filed no brief in support of his motion. Accordingly, on July 14, 2005, the Court ordered Defendant to show cause why his motion should not be deemed withdrawn pursuant to Local Rule 7.30. On August 1, 2005, Defendant filed a document entitled "motion to show cause," wherein he explained that he did not timely receive the aforementioned orders. Therefore, **IT IS ORDERED THAT** Defendant shall file a brief in support of his Motion to Return Property within twenty (20) calendar days of the date of this order. Failure to file a brief in support will result in the above motion being deemed withdrawn.

                                                          S/ Yvette Kane
                                                          Yvette Kane
                                                          United States District Judge

Date: August 3, 2005