| Defendant's Name: Rodney Jay MILLER |
|---|
| Docket Number: |



**POLICE CRIMINAL COMPLAINT**

EXHIBIT A

## AFFIDAVIT of PROBABLE CAUSE

On 12/15/99 Martin WAGNER was int. and he related that on 12/15/99 at 0800 hrs. he observed the def. fire 8 rounds at a deer running across the rear of 1076 Goldenville Rd. He related that the def. hit and killed 3 deer. WAGNER related that he knows the def. well and that it was the def. who shot at the deer.

On 12/15/99 Lloyd GASTLEY was int. and he related that the def. brought the .35 cal Remington to his res. and shot at deer off his back porch, but that he (GASTLEY) killed the deer. He related that he thinks that the def. shot 3 shots at the deer. He related that the .35 cal was not his that it was the def. He also related that he saw guns at the def. res. at 1030 Goldenville Rd. approx. 2-3 weeks ago while he was at the def. res. He observed a .40 cal. handgun black in color, and a rifle with a scope inside the res. in a closet. He also related that he and the def. had had previous conversations of the def. having a 12 gauge shotgun.

On 12/15/99 Jimmy RAMOS was int. and he related that approx. 3-4 months ago he worked for the def. During that time he had observed a shotgun and a rifle inside the res. He also related that he had observed the def. shot at a bird with the shotgun and hit it. Approx. 1 month ago the def. called RAMOS and asked him if he wanted to buy that piece of metal they had previously talked about (Tech 9), and that he had tuned it up himself. He had also related to RAMOS that he had an M-16 and a gun powerful enough to shoot down an airplane.

On 12/16/99 Robert TIPTON was int. at 1030B Goldenville Rd., and he related that on 12/15/99 he received a call from the def. awakening him from his sleep. The def. told him to go over to his res. at 1030 Goldenville Rd. and get in the closet and take all the guns and ammunition he could back to his res. at 1030B. The def. stayed on the phone with TIPTON while he was inside the res. at 1030 Goldenville Rd. and explained to TIPTON where the guns were located. I did as the def. asked and took as much as I could carry back to my apartment and put it in my bedroom in various locations. TIPTON also related that the def. came back to 1030 Goldenville Rd. and knocked on his door at 1030B Goldenville Rd. and tried to hand me a rifle but I would not take it. The def. then just dropped it and told me to shut the door. I then put the rifle in my closet.

On 12/16/99 this officer, Tpr Nicholas BLOSCHICHAK and Sgt. Barry STAUB collected all of the forementioned guns from 1030B Goldenville Rd. which is TIPTON's res. Also collected at this location was large quantities of ammunition for the forementioned guns.

CONTINUED

**I, Tpr Curtis A WHITMOYER #6691,** BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
(Signature of Affiant)

Sworn to me and subscribed before me this 17th day of DECEMBER 1999

12-18-99 Date _____, District Justice

My commission expires first Monday of January, ____

SEAL

AOPC 412-(6-96)        3 - 3

May 17, 2005

Mr James T. Clancy, A.U.S.A
Harrisburg Federal Building, Suite 220
228 Walnut St
P.O. Box 11754
Harrisburg, Pa. 17108



7003 3110 0006 1304 4807

Re: Disposition of Evidence - Rodney Miller

Mr Clancy,
I received copy of your letter dated February 8, 2005 to the Pennsylvania State Police. This letter accompanied a letter dated May 10, 2005 from a Corporal Ivan E. Taylor, P.S.P. with notice to me of the scheduled destruction of my property/evidence in my case.

Please be advised that this is the first such notice to me regarding my confiscated property.

Presently I would like to designate this inventory of property, "evidence" to be received by my son-in-law Donnie Lynn Myers of

5325 Carlisle Pike, New Oxford, Pa. 17350, 717-624-3741. Mr Myers shall be contacting Mr Taylor at the P.S.P. in the near future to arrange collection of this inventory.

Thank you,

Rodney Miller, 10059-067
United Penitentiary of States
P.O. Box 2099
Pollock, LA 71467

cc: Clerk, U.S. District Court, H-burg
    Cpl. Ivan Taylor, P.S.P.
    Donnie Myers
    R. Mark Thomas, attorney

June 10, 2005

Mr James T. Clancy, A.U.S.A.
Harrisburg Federal Building, Suite 220
228 Walnut St.
P.O. Box 11754
Harrisburg, Pa. 17108



7003 3110 0006 1304 1042

EXHIBIT C

Re: Confiscated property of Rodney Miller

Mr Clancy,

This will verify my letter to you of May 17, 2005 in which I responded to Pennsylvania State Trooper Cpl. Ivan Taylor's letter of May 10, 2005 to me notifying me of the scheduled destruction of my property for sometime in July. Mr Taylor's letter to me was in response to your letter dated February 8, 2005 to him permitting him to destroy my property. (Copies enclosed)

Please be noticed once again that the property taken from my home was private property and I intend to be compensated for it.

If it is not possible for my son-in-law, Donnie Myers to receive this property per some obscure "law", I will designate an appropriate party to acquire this property.

(1)

My son-in-law reports to me that Corporal Ivan Taylor, Pennsylvania State Police states the federal government is in possession of my property.

Also let me state here for the record, that no inventory list of the property confiscated has ever been given me or left at the premises searched.

Sincerely, In Liberty,

Rodney Miller, 10059-067
UPS Pollock
P.O. Box 2099
Pollock, LA 71467

cc: Lisa Shatzer, B.A.T.F.
    R. Mark Thomas, attorney
    Bonnie Myers

(2)

June 10, 2005

Ms Lisa Shatzer, Resident-Agent-In-Charge
B.A.T.F.
Harrisburg Federal Building
228 Walnut St.
Harrisburg, Pa. 17108

7003 3110 0006 1304 8249


EXHIBIT D

Re: Confiscated Property of Rodney Miller, Case No. 1: 99-MH-063

Ms Shatzer,

Please find enclosed recent correspondence in regard to confiscated property/evidence in my case.

Please take note I wish to reserve my right to designate a party "legally" allowed to receive and/or to be compensated for my property.

Sincerely,

Rodney Miller, 10059-067
UPS Pollock
P.O. Box 2099
Pollock, LA 71467

## Return Receipt 1

Article Addressed to:
Attn: James T. Clancy, A.U.S.A.
Harrisburg Federal Building
Suite 220
228 Walnut St. P.O. Box 11754
Harrisburg, PA. 17108

A. Signature: (signed)  ☐ Agent  ☐ Addressee
C. Date of Delivery: JUN 16 2005

3. Service Type: ☒ Certified Mail
Article Number: 7003 3110 0006 1304 1092

Form 3811, August 2001  Domestic Return Receipt  102595-01-M-2509

### Certified Mail Receipt
Postage $ .37
Certified Fee 2.30
Return Receipt Fee 1.75
Total Postage & Fees $ 4.42
Sent To: Attn: James T. Clancy, A.U.S.A. Harrisburg Fed.
Street, Apt. No. or PO Box No.: Suite 220, 228 Walnut St. P.O.
City, State, ZIP+4: Harrisburg, PA. 17108
PS Form 3800, June 2002

## Return Receipt 2

Article Addressed to:
Attn: Lisa Shatzer, B.A.T.F.
ATF office - Harrisburg Federal Bldg
228 Walnut St
Harrisburg, PA. 17108

A. Signature: X Cynthia Klinger  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): C. KLINGER
C. Date of Delivery: JUN 16 2005 (HARRISBURG PA 17108)

3. Service Type: ☒ Certified Mail
Article Number: 7003 3110 0006 1304 8249

Form 3811, August 2001  Domestic Return Receipt  102595-01-M-2509

### Certified Mail Receipt
Postage $ .37
Certified Fee 2.30
Return Receipt Fee 1.75
Total Postage & Fees $ 4.42
Sent To: Attn: Lisa Shatzer, B.A.T.F.
Street, Apt. No. or PO Box No.: ATF office - Harrisburg Federal
City, State, ZIP+4: 228 Walnut St. Harrisburg, PA.
PS Form 3800, June 2002

## Return Receipt 3

Article Addressed to:
Cpl. Ivan E. Taylor
3033 Old Harrisburg Rd
Gettysburg, PA. 17325

A. Signature: X (signed)  ☒ Agent  ☐ Addressee
C. Date of Delivery: 5-20
(Pennsylvania State Police, 3033 Old Harrisburg Rd, Gettysburg, PA 17325)

3. Service Type: ☒ Certified Mail  ☒ Return Receipt for Merchandise
Article Number: 7003 3110 0006 1304 4807

Form 3811, August 2001  Domestic Return Receipt  102595-01-M-2509

### Certified Mail Receipt
Postage $ .37
Certified Fee 2.30
Return Receipt Fee 1.75
Total Postage & Fees $ 4.42
Sent To: Cpl. Ivan E. Taylor, PA. State
Street, Apt. No. or PO Box No.: 3033 Old Harrisburg Rd.
City, State, ZIP+4: Gettysburg, PA. 17325
PS Form 3800, June 2002