# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | CASE NO. 1:CR-00-106 |
| v. | : | |
| | : | (Judge Kane) |
| | : | |
| **RODNEY JAY MILLER,** | : | |
| **Defendant** | : | |

## ORDER

    Before the Court is Defendant's motion to return property pursuant to Federal Rule of Criminal Procedure 41(g). (Doc. No. 44.) Defendant seeks return of firearms and "various other property" seized by Pennsylvania State Police in connection with state criminal charges. As Defendant notes in his brief, the United States never had custody of the property seized by the Pennsylvania State Police, nor does the United States have jurisdiction over the items now. Accordingly, Defendant's motion **IS HEREBY DENIED**.

        S/ Yvette Kane
        Yvette Kane
        United States District Judge

Date: October 4, 2005