PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
# MIDDLE DISTRICT OF PENNSYLVANIA

## Report on Offender Under Supervision

**Name of Offender:** Rodney J. Miller                     **Case Number:** 1:CR-00-106

**Name of Sentencing Judicial Officer:** The Honorable Yvette Kane, Chief U.S. District Judge

**Date of Original Sentence:** October 19, 2000

**Original Offense:** Possession of Firearms by a Convicted Felon, 18 USC § 922(g)

**Original Sentence:** 90 months imprisonment, followed by 3 years supervised release

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| Standard Condition #14 | "The defendant shall not commit another federal, state, or local crime." |

On March 26, 2008, Mr. Miller was issued citations by the Hanover Borough Police Department, Hanover, PA. The citations charge Mr. Miller with criminal trespass and disorderly conduct. A police report prepared by the Hanover Police Department revealed that during the evening of March 25, 2008, the Hanover Police Department received an emergency call from the Winner Circle Bar in Hanover, PA. The caller, Rachel McDannell, who worked at the bar, reported that someone who had been previously banned from the establishment was in the bar and had a handgun. McDannell advised police that the subject tried to force his way into the bar, but did not threaten anyone with the firearm.

                    When officers arrived at the bar, the suspect was not there. McDannell informed officers that the subject was Rodney Miller and that he had been banned from the business. McDannell stated that she asked Miller to leave the bar and he became confrontational. She related that Miller hit a customer and pushed another customer, then left. Miller reportedly returned a short time later, entered the bar, and yelled "anyone want to fuck with me now." Miller was observed by a another witness to be in possession of a small chrome pistol that was tucked into his waistband. The report reflects that Miller then left the bar. Officers interviewed another witness, Jason Tutluwskie, who stated that when Miller left the first time he punched him in the face and pushed another man to the ground. He advised that Miller punched him two more times and then left. Tutluwskie also observed a gun in Miller's waistband when he returned to the bar.

**Special Conditions**      **"The defendant shall participate in mental health treatment as directed by the probation officer."**

On November 30, 2007, Mr. Miller was referred to Adams-Hanover Counseling Services, Hanover, PA for a mental health evaluation. Mr. Miller attended an intake appointment on January 11, 2008, at which time he was hostile and uncooperative. On January 23, 2008, Mr. Miller went to another counseling appointment and was angry and hostile, and informed the clinician that he did not want to be in there. Mr. Miller then refused services and left the counseling offices.

**U.S. Probation Officer Action:**

Our office is reporting the arrest to the Court as required and may request violation action in the future. However, at this time, we are requesting that no immediate action be taken. This will enable us to further assess the allegations and to monitor any additional criminal investigation of the matter. We will apprise the Court of any significant developments.

Respectfully submitted,

Mark A. Buckwalter
U.S. Probation Officer
April 10, 2008

---

[✓] Recommendation Approved

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other



Signature of Judicial Officer

Date